■ The People of the State of New York, Respondent, v Antonio Jones, Appellant. [605 NYS2d 983] —Judgment unanimously affirmed (see, People v Drayton, 198 AD2d 770 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Rape, 1st Degree.) Present—Denman, P. J., Callahan, Balio, Boomer and Boehm, JJ.